**UNITED STATES of America Plaintiff-Appellee**

v.

**Laquetta HUGHES Defendant-Appellant**

No. 17-1758

United States Court of Appeals, Eighth Circuit.

Submitted: October 5, 2017

Filed: October 11, 2017

Martin Joseph McLaughlin, Lisa C. Williams, Assistant U.S. Attorneys, Jacob Alden Schunk, U.S. Attorney's Office, Northern District of Iowa, Cedar Rapids, IA, for Plaintiff-Appellee

Laquetta Hughes, Pro Se

Heather Quick, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Iowa, Cedar Rapids, IA, for Defendant-Appellant

Before WOLLMAN, BOWMAN, and COLLOTON, Circuit Judges.

**PER CURIAM.**

Laquetta Hughes directly appeals the sentence the district court [1] imposed after she pled guilty to a firearm charge. Her counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is substantively unreasonable. Hughes has filed a pro se brief, also arguing that her sentence is substantively unreasonable.

Having reviewed the record, we conclude that the district court did not impose a substantively unreasonable sentence. See United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (discussing appellate review of sentencing decisions); see also United States v. Callaway, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence may be presumed reasonable). In addition, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no nonfrivolous issues for appeal. Accordingly, the judgment is affirmed, and counsel is granted leave to withdraw.

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.